UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF NEW YORK
CIVIL DIVISION

| | | |
|---|---|---|
| **SALLIE MAE SERVICING, L.P.,** | ) | |
| Plaintiff, | ) | CASE NO. 1:14-CV-241 |
| v. | ) | |
| | ) | |
| Lynn DeMaria | ) | |
| | ) | |
| | ) | |
| Defendant(s), | ) | |
| and | ) | |
| | ) | |
| The Sage Colleges | ) | |
| | ) | |
| Garnishee | ) | |

ORDER MODIFYING WRIT OF CONTINUING GARNISHMENT

Sallie Mae Servicing, LP, plaintiff, makes application in accordance with 28 U.S.C. 3205(b)(1) to the Clerk of the United States District Court to issue a Writ of Garnishment upon the judgment entered against the Defendant(s) **Lynn DeMaria**, social security number «SocialSecurityNumber», whose last known address is: **13 Pinehurst Road, Albany, New York 12205** in the above-cited action in the amount of $31007.24, and post-judgment interest at the rate of 9.00%, compounded annually.

Demand for payment of the above-stated debt was made upon the debtor not less than 30 days from **May 15, 2014**, and debtor has failed to satisfy the debt.

The Garnishee is believed to owe or will owe money or Property to the judgment debtor, or is in possession of property Of the debtor, and said property is a nonexempt interest of the debtor. The name and address of the Garnishee or his authorized agent is:

>The Sage Colleges
>65 1st Street
>Troy, NY 12180

The Garnishee shall withhold $125 per month from the defendant's earnings beginning, June 1, 2014 and continuing until December 1, 2015. Beginning January 1, 2016, the Garnishee shall withhold $230 per month from the defendant's earnings.

*As defendant De Maria has withdrawn her request for a hearing this case is ORDERED closed.*

---
Linda L. Donovan, Esq.
Overton, Russell, Doerr & Donovan, LLP
19 Executive Park Drive
Clifton Park, NY 12065
TELEPHONE: 1-518-383-4000
FAX: 1-518-383-4282
Attorney for THE UNITED STATES
Bar Number: 104825

May 15, 2014

Dated at *Albany*, NY

*Christian F. Hummel*
It is so Ordered
*United States Magistrate Judge*